# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE DUNN, | Case No. 3:16-cv-02771-RS |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND MEDIATION DEADLINE BY THIRTY (30) DAYS |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

The Court having reviewed the Stipulation to Continue the Alternative Dispute Procedure ("ADR") deadline by Plaintiff Elaine Dunn and Defendant The Prudential Insurance Company of America, finds that good cause exists to enter an order approving said Stipulation.

Accordingly, IT IS HEREBY ORDERED that the deadline for the completion of ADR procedure is continued to February 13, 2017.

Dated: January 5, 2017

_____
Hon. Richard Seeborg
Judge, United States District Court

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

154217.1

1

Case No. 3:16-cv-02771-RS
[PROPOSED] ORDER GRANTING STIPULATION TO
EXTEND MEDIATION DEADLINE BY THIRTY DAYS