# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE DUNN, <br><br> Plaintiff, <br><br> vs. <br><br> THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | Case No. 3:16-cv-02771-RS <br><br> [~~PROPOSED~~] ORDER REGARDING STIPULATION BY THE PARTIES RE: STANDARD OF REVIEW BRIEFING SCHEDULE <br><br> Date: March 16, 2017 <br> Time: 1:30 p.m. <br> Ctrm.: 3, 17th Floor <br> Judge: Hon. Richard Seeborg |

Based upon the stipulation of the Parties, IT IS HEREBY ORDERED that the briefing schedule in advance of the March 16, 2017 hearing on the issue of standard of review in this action is set as follows:

- Last Day to File Opening Briefs:   February 23, 2017
- Last Day to File Responsive Briefs:   March 9, 2017

**IT IS SO ORDERED.**

Dated: February 10, 2017

*/s/ Richard Seeborg*
Hon. Richard Seeborg
Judge, United States District Court

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

154791.1

1

Case No. 3:16-cv-02771-RS
[PROPOSED] ORDER REGARDING STIPULATION
BY THE PARTIES RE: STANDARD OF REVIEW
BRIEFING SCHEDULE