# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE DUNN, | Case No. 3:16-cv-02771-RS |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

The Court, having reviewed the Stipulation to Dismiss the Entire Case with Prejudice between Plaintiff Elaine Dunn and Defendant The Prudential Insurance Company of America finds that good cause exists to enter an order approving said Stipulation.

Accordingly, IT IS HEREBY ORDERED as follows:

1. This action, Case No. 3:16-cv-02771-RS, is dismissed in its entirety as to all defendants, with prejudice; and

2. Each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: March 8, 2017

Hon. Richard Seeborg
United States District Court Judge